IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| AUSTIN TWEEDY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 22-00315-CV-W-BP |
| SO HOSPITALITY GROUP, LLC., | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT IN A CIVIL CASE

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the Order filed on January 2, 2024 (Doc. 61), this case is DISMISSED without

Prejudice. To protect the interests of the Plaintiff and those who have opted in, the Court directs

that the statute of limitations of those individuals shall tolled through the date of the Order.


January 2, 2024                                                   Paige Wymore-Wynn
Date                                                              Clerk of Court

                                                                  /s/ Shauna Murphy-Carr
                                                                  (by) Deputy Clerk